Skrinnik, Petitioner, v. Department of Labor and Industries, Respondent, No. 91759-1. Petition for review of a decision of the Court of Appeals, No. 72631-5-I, April 28, 2015. *Denied* November 4, 2015.

State, Respondent, v. Oates, Petitioner, No. 91947-0. Petition for review of a decision of the Court of Appeals, No. 46156-1-II, June 9, 2015. *Denied* November 4, 2015.

*State, Respondent, v. Otton, Petitioner*, No. 91669-1. Petition for review of a decision of the Court of Appeals, No. 45296-1-II, April 14, 2015, 187 Wn. App. 1001. *Granted* November 5, 2015.

*State, Respondent, v. Ashley, Petitioner*, No. 91771-0. Petition for review of a decision of the Court of Appeals, No. 45173-5-II, May 27, 2015, 187 Wn. App. 908. *Granted* November 5, 2015.

*Kut Suen Lui et al., Petitioners, v. Essex Ins. Co., Respondent*, No. 91777-9. Petition for review of a decision of the Court of Appeals, No. 72835-1-I, April 6, 2015, 186 Wn. App. 1045. *Granted* November 5, 2015.

*State, Respondent, v. DeLeon et al., Petitioners*, No. 91185-1. Petitions for review of a decision of the Court of Appeals, Nos. 29657-1-III, 29679-2-III, and 29691-1-III, December 23, 2014, 185 Wn. App. 171. Petitioners' petitions and respondent's request for review *granted on specific issues* November 9, 2015.

*In re Dependency of P.H.V.S.*, No. 91512-1. Motion for discretionary review of a decision of the Court of Appeals, Nos. 71300-1-I and 71301-9-I, March 2, 2015, 186 Wn. App. 167. *Denied* August 17, 2015.